**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN JAMAR JACKSON,<br>Defendant. | Case No. 1:26-MJ-428 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Lauren E. Evans, being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Army Criminal Investigation Division, Fort Belvoir, VA and have been employed in that position since March 2026. I have completed over 800 hours of training at the Federal Law Enforcement Training Center receiving specialized training in the Criminal Investigators Training Program. In addition, I have received specialized training through the Special Agent Basic Training Program. My duties as a U.S. Army Special Agent include the investigation of violations of the Uniform Code of Military Justice, as well as violations of the United States Code. Prior to my current employment, I was employed with the Virginia Department of Corrections as a sworn Senior Probation Officer from August 2020 to March 2026. During my tenure as a sworn probation officer, I have conducted and assisted with investigations of violations, arrests, and executing search warrants. Additionally, I have interviewed probationers about the crimes for which they were under supervision.

2. This affidavit is submitted in support of a criminal complaint and an arrest warrant for Kevin Jamar Jackson (hereinafter referred to as "JACKSON"), in connection with the assault, in violation of 18 U.S.C. § 113(a)(4), that took place on Fort Belvoir and therefore, within the special maritime and territorial jurisdiction of the United States.

3. The statements in this affidavit are based upon my review of case documents and the observations of other law enforcement agents involved in this investigation. This affidavit contains information necessary to support probable cause, it is not intended to include every fact and matter observed by me or known to the government of the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

4. On December 15, 2022, Victim-1 ("V-1") notified Directorate of Emergency Services, Fort Belvoir, Virginia that JACKSON had assaulted her at their on-post residence located within the special and territorial jurisdiction of the United States within the Eastern District of Virginia.

5. On December 15, 2022, Lieutenant Christopher Metcalf, Fort Belvoir Directorate of Emergency Services, interviewed V-1. V-1 also provided a sworn written statement. V-1 stated that she and JACKSON entered their home on Fort Belvoir and went to their room. JACKSON began arguing with V-1 about helping with their children. While V-1 was undressed and preparing for her shower, JACKSON took off his wedding ring and threw it at V-1, hitting her in the left elbow, leaving a bruise.

6. JACKSON told V-1 to leave the house and when V-1 refused, he placed his hand on her neck with a tight grip and shoved her on the sink. He proceeded to put her on the floor of the bathroom and struck her on the lip. One of the minor children in the house

came to intervene and V-1 was able to get up, get dressed, and leave the bathroom, ultimately fleeing over the balcony of the second story bedroom.

7. JACKSON followed V-1 out of the home where the argument continued. The parties agreed that JACKSON would sleep in his car and V-1 went back upstairs to their bedroom at approximately 9:23pm. Once back in the bedroom, JACKSON and one of the minor children reentered the room and JACKSON continued the verbal altercation. The incident turned physical when JACKSON grabbed V-1 by the hair and threw her to the floor, striking her on the left side of her face with a closed fist. The other three minor children entered the room and called 911. JACKSON did not let V-1 leave the home until police arrived.

8. Upon Lieutenant Metcalf's arrival, JACKSON was placed into handcuffs and he stated he knew it was because he punched V-1 in the face. Photographs were taken of V-1's injuries including the abrasion on her arm, abrasions on her face, and red marks on her throat. On December 16, 2022, JACKSON was advised of his rights which he waived, and he verbally denied the offense.

## CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that on or about December 15, 2022, in the special and territorial jurisdiction of the United States in Fort Belvoir, in the Eastern District of Virginia, Kevin JACKSON assaulted V-1 by striking, beating, and wounding, causing bodily injury in violation of 18 U.S.C. § 113(a)(4).

Respectfully submitted,

Lauren Evans
Special Agent
Department of the Army CID

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 29, 2026.

The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia